# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| THOMAS WILLIAMS, ADMINISTRATOR OF THE ESTATE OF GARDENIA WILLIAMS, DECEASED, | : No. 456 EAL 2016 |
| | : |
| | : Petition for Allowance of Appeal from |
| Petitioner | : the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| PENN CENTER FOR REHABILITATION AND CARE AND HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA AND TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA AND MANOR CARE OF YEADON, LLC AND MANOR CARE INC. D/B/A MANOR CARE HEALTH SERVICES, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.